UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 3:22-cr-133 |
| | : | Judge Michael J. Newman |
| Plaintiff, | : | I N D I C T M E N T |
| | : | |
| v. | : | 18 U.S.C. § 846 |
| | : | 21 U.S.C. § 841(a)(1) |
| **JERRONTAE MCCOMB,** | : | FORFEITURE |
| | : | |
| Defendant. | : | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 846 and 841(b)(1)(A)]

Between a beginning date unknown, but at least by in or around September 2022, and on or about October 19, 2022, in the Southern District of Ohio, defendant **JERRONTAE MCCOMB** and others known and unknown to the Grand Jury knowingly and intentionally conspired to possess with intent to distribute and to distribute:

    a. 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and

b.   400 grams or more of a mixture or substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], a Schedule II controlled substance;

in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## COUNT TWO

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)]

On or about October 13, 2022, in the Southern District of Ohio, defendant **JERRONTAE MCCOMB**, aiding and abetting another person known to the Grand Jury, knowingly and intentionally distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

COUNT THREE

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)]

On or about October 19, 2022, in the Southern District of Ohio, defendant **JERRONTAE MCCOMB** knowingly and intentionally possessed with intent to distribute:

    a. 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and

    b. 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in Counts One, Two, and/or Three of this Indictment, defendant **JERRONTAE MCCOMB** shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), including but is not limited to:

- $65,049.00 in U.S. Currency;
- $19,620.00 in U.S. Currency; and
- $13,886.00 in U.S. Currency.

## SUBSTITUTE ASSETS

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

- cannot be located upon the exercise of due diligence;
- has been transferred or sold to, or deposited with, a third party;
- has been placed beyond the jurisdiction of the court;
- has been substantially diminished in value; or

- has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the forfeitable property.

A TRUE BILL

/S/

Foreperson

KENNETH L. PARKER
United States Attorney

BRENT G. TABACCHI
KELLY K. ROSSI
Assistant United States Attorneys